FILED BY MCO D.C.
SEP 18 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM

***Provide all required information and check the appropriate box(es)***

## PART I. Transcript Information

*Within 14 days of the filing of the* notice *of appeal, the appellant **must** complete Part I and file this form in **the District Court**.* See *FRAP 10(b)(1).*

**Case Information:**

Short Case Style: MILLENNIUM FUNDING INC., et al. vs 1701 MANAGEMENT LLC, et al.

District Court No.: 1:21-cv-20862-BB Date Notice of Appeal Filed: 14 September 2026

Court of Appeals No. (if available): n/a

**Transcript Order Information:**

☐ No hearing ☐ No transcript is required for appeal purposes ☑ All necessary transcript(s) already on file

☐ I am ordering a transcript of the following proceedings:

HEARING DATE(S) / JUDGE/MAGISTRATE / COURT REPORTER NAME(S)

☐ Pre-Trial Proceedings ____

☐ Trial ____

☐ Sentence ____

☐ Plea ____

☐ Other ____

**Criminal Appeals:**

In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. ***If such transcripts are not ordered, you must check the appropriate box(es) below:***

Transcript of Guilty Plea Colloquy

☐ A transcript of the guilty plea colloquy is already on file.

☐ A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

Transcript of Sentencing Hearing

☐ A transcript of the sentencing hearing is already on file.

☐ A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note: Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. *See* 11th Cir. R. 27-1(a)(9).**

**Financial Arrangements:**

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☐ Criminal Justice Act: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court].

Ordering Counsel/Party: Charles Muszynski. NO TRANSCRIPT ORDERED, ALL ARE ON FILE.

Address: P. O. Box 1423, Basseterre, St. Kitts, W.I.

E-mail: usfilefolder@protonmail.com Phone No.: 424-333-0569

☑ **I certify that I have completed and filed Part I with the District Court, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. *See* FRAP 10(b)(1).**

Date: 16 Sept. 2026 Signature: s/ Charles Muszynski
Charles Muszynski
Defendant/Appellant, pro se

Attorney for: pro se

## PART II. Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter* ***must*** *complete this section, file this form with the District Court,* ***AND send a copy of this form to the Court of Appeals*** *and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received:________________________

☐ Satisfactory arrangements for paying the cost of the transcript were made on:____________________

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days:________________________

Estimated no. of transcript pages:________________

Estimated filing date:________________________

☐ **I certify that I have completed and filed Part II with the District Court AND sent a copy of this form to the Court of Appeals and all parties.**

Date:__________ Signature:______________________________ Phone No.:__________

## PART III. Notification That Transcript Has Been Filed In District Court

*On the date the transcript is filed in the district court, the Court Reporter* ***must*** *complete this section, file this form with the District Court,* ***AND send a copy of this form to the Court of Appeals****.*

☐ **I certify that the transcript has been completed and filed with the district court on (date):__________ AND that I have sent a copy of this form to the Court of Appeals.**

Date:__________ Signature:________________________________________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
CLERK OF COURT

APPEALS SECTION
305-523-5080

TO: COUNSEL OF RECORD/APPELLANT

DATE: 9/15/2026

IN RE: District Court No: 21-CV-20862-BB

Style: MILLENNIUM FUNDING, INC., et al. v. 1701 MANAGEMENT,LLC., et

**ORDERING AND DESIGNATION OF REPORTER'S TRANSCRIPTS [Pursuant to FRAP 10(b)]**

This will acknowledge the Notice of Appeal filed in the above case which has been transmitted to the Eleventh Circuit Court of Appeals in Atlanta, GA.

**WITHIN FOURTEEN (14) DAYS** from the date of the Notice of Appeal being filed, the appellant must complete the attached *Transcript Information Form (TIF)*, **REGARDLESS OF WHETHER TRANSCRIPTS ARE BEING ORDERED OR NOT**. The *TIF* must be completed and mailed to the District Court Clerk at 400 N. Miami Avenue, Room 8N09, Miami, FL 33128-7716, **ATTN: COURT REPORTER COORDINATOR** in the attached envelope.

**COMPLETE THE SECTION REQUESTING TRANSCRIPTS ONLY WHEN REQUESTING TRANSCRIPTS OF HEARINGS WHICH TOOK PLACE IN THE DISTRICT COURT**. Arrangements for payment must be made with the court reporter within ten (10) days of the request.

**Counsel appointed pursuant to the Criminal Justice Act must complete a CJA 24**, *Authorization and Voucher for Payment of Transcript*, attach it to this form and forward them to the **COURT REPORTER COORDINATOR** at the above mentioned address. These forms are available at the Intake Section of the Clerk's Office.

If opposing counsel wishes to file a supplemental designation of a transcript, **you must file a motion to supplement the record with the Court of Appeals in Atlanta**. If granted, a supplemental *TIF* must be prepared and forwarded to the court reporter. The District Court **cannot** file a late designation without an order from the Court of Appeals. The court reporter **cannot** accept any further designations for the purpose of appeal other than the appellant's original unless the Court of Appeals has granted permission.

The **CERTIFICATE OF READINESS OF THE RECORD ON APPEAL** will be transmitted upon the filing of the court reporter's transcript or upon notice that a transcript will NOT be ordered.

If you have any questions, please contact the Court Reporter Coordinator at 305-523-5635.

Sincerely,
Angela E. Noble, Clerk of Court

By: A. Perez
Deputy Clerk

attachment

| | | | | |
|---|---|---|---|---|
| ☑ 400 North Miami Avenue<br>Room 8N09<br>Miami, FL 33128-7716<br>305-523-5100 | ☐ 299 E. Broward Boulevard<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ 701 Clematis Street<br>West Palm Beach, FL 33401<br>561-803-3400 | ☐ 301 Simonton Street, Rm 130<br>Key West, FL 33040<br>305-296-4947 | ☐ 300 South 6th Street<br>Ft. Pierce, FL 34950<br>561-595-9691 |

Part # 156297-435 RRDB2 EXP 07/27

ORIGIN ID:MPBA (424) 333-0569
CHARLES MUSZYNSKI

901 SOUTH MIAMI AVENUE
PO BOX 1423 BASSETERRE
MIAMI, FL 33130
UNITED STATES US

SHIP DATE: 17SEP26
ACTWGT: 0.15 LB
CAD: 6570978/ROSA2710

TO ANGELA E NOBLE– CLERK OF COURT
US DIST COURT SD FL
400 NORTH MIAMI AVENUE

MIAMI FL 33128
(424) 333–0569 REF:
INV:
PO: DEPT:

REC'D BY_____
SEP 18 2026
ANGELA E. NO
CLERK U.S. DIS
S. D. OF FLA. - M.

FedEx
Express

E

J261026012001uv

FRI – 18 SEP 5:00P
STANDARD OVERNIGHT

TRK# 0201 8773 8510 2793

3C MPBA

33128
FL–US MIA

Envelope
Recycle me.

4351 FRI 09/18 08:00
400 N MIAMI AVE
33128-1801-99
MIAMI,FL

458-1007
ETP: 4 SP:PD:100:Y

FedEx